# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| Tatyana Mason | Case No. 3:12-cv-05471-BHS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Windham Professionals, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:     */s/ Mona Lisa C. Gacutan*
Mona Lisa C. Gacutan
WSBA #39344
600 Stewart St, Ste 720
Seattle, WA  98101
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  mgacutan@maceybankruptcylaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2012 I electronically filed the foregoing Notice.  Service of this filing was made by placing a copy of the same in the U.S. Mail on July 5, 2012, addressed as follows:

Windham Professionals, Inc.
c/o Compliance Department
380 Main St.
Salem, NH 03079

*/s/ Mona Lisa C. Gacutan*

Notice of Dismissal  - 2